KATHLEEN E. FINNERTY (SBN 157638)
FinnertyK@gtlaw.com
MARC B. KOENIGSBERG (SBN 204265)
KoenigsbergM@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendants
California Judicial Council, and the Superior
Court of California in the Counties of Alpine,
Calaveras, El Dorado, Lassen, Mendocino,
Modoc, Placer, San Mateo, and Solano

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>   Plaintiff,<br><br>v.<br><br>CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, EL DORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO, and all of the above mentioned COUNTIES, Individual and DOES 1 - 50,<br><br>   Defendants. | CASE NO.  07-CV-00878-WBS-KJM<br><br>**STIPULATION FOR DISMISSAL OF SUPERIOR COURTS ONLY AND ORDER THEREON** |

   WHEREAS plaintiff George Louie filed an amended complaint for injunctive and declaratory relief on July 13, 2007 alleging violations of Title II of the Americans with Disabilities Act;

   WHEREAS plaintiff George Louie named as defendants the Superior Courts of California in the Counties of Alpine, Calaveras, El Dorado, Lassen, Mendocino, Modoc, Placer, San Mateo and Solano ("Superior Court Defendants");

1  WHEREAS, plaintiff George Louie acknowledges that California Government Code sections 70311 and 70323 indicate liability, if any, arising from ownership, operation, control or condition of the facilities in which Superior Court Defendants operate, lies with defendants California Judicial Council and/or the respective counties in which such facilities lie, which liability all defendants deny; and

WHEREAS, the Superior Court Defendants have no liability in this action as a matter of law;

**IT IS HEREBY STIPULATED** by and between plaintiff George Louie and the Superior Court Defendants this action against the Superior Court Defendants only be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

Dated: August 31, 2007       By: /s/ George Louie
                                  GEORGE LOUIE
                                  Plaintiff, in pro per


Dated: August 31, 2007       Greenberg Traurig, LLP


                             By: /s/ Marc B. Koenigsberg
                                  MARC B. KOENIGSBERG
                                  Attorneys for Defendants,
                                  Superior Courts For Counties of
                                  Alpine, Calaveras, El Dorado, Lassen,
                                  Mendocino, Modoc, Placer, San
                                  Mateo, and Solano

**IT IS SO ORDERED**.

Dated:  September 10, 2007.

                                       _____
                                       U.S. MAGISTRATE JUDGE

*441145498v4*