KENNY, SNOWDEN &
NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

(530) 225-8990

JOHN SULLIVAN KENNY, SBN: 39206
LINDA SCHAAP, SBN: 171945

Attorneys for Defendant MODOC COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, | CASE NO.  2:07 – CV 0878 WBS KJM |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL** |
| CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, ELDORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO and all of the above mentioned COUNTIES, individual and DOES 1-50, | |
| Defendants. _____/ | |

Based upon the stipulation filed concurrently herewith re dismissal,

IT IS SO ORDERED

Date:  September 25, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6802/117710

ORDER RE DISMISSAL