KATHLEEN E. FINNERTY (SBN 157638)
FinnertyK@gtlaw.com
MARC B. KOENIGSBERG (SBN 204265)
KoenigsbergM@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendant
California Judicial Council

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>　　Plaintiff,<br><br>v.<br><br>CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, EL DORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO, and all of the above mentioned COUNTIES, Individual and DOES 1 - 50,<br><br>　　Defendants. | CASE NO.  07-CV-00878-WBS-KJM<br><br>**STIPULATION FOR DISMISSAL OF CALIFORNIA JUDICIAL COUNCIL ONLY AND ORDER THEREON** |

　　WHEREAS plaintiff George Louie filed an amended complaint for injunctive and declaratory relief on July 13, 2007 alleging violations of Title II of the Americans with Disabilities Act;

　　WHEREAS plaintiff George Louie named as a defendant California Judicial Council;

　　WHEREAS, the California Judicial Council does not own or control the court facilities of the counties that remain in this lawsuit as of the date; and

　　WHEREAS, the California Judicial Council has no liability in this action given the current parties as a matter of law;

1  **IT IS HEREBY STIPULATED** by and between plaintiff George Louie and the California Judicial Council, this action against the California Judicial Council only be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

Dated:  September      , 2007        GEORGE LOUIE

By:  /s/
     GEORGE LOUIE
     Plaintiff, in pro per

Dated:  September      , 2007        Greenberg Traurig, LLP

By:  /s/
     MARC B. KOENIGSBERG
     Attorney for Defendant,
     California Judicial Council

**IT IS SO ORDERED**.

Dated:  October 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

441152360v1