IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

        Plaintiff,                        No. CIV S-07-0878 WBS KJM PS

     vs.

CALIFORNIA JUDICIAL COUNCIL, et al.,

        Defendants.             <u>ORDER</u>

/

        Calendared for hearing on October 24, 2007 is defendant El Dorado County's motion to sever. Plaintiff has filed a statement of no opposition and contends the remaining defendants are in the process of settling. The motion to sever is joined by defendant Counties of San Mateo and Mendocino. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The hearing date of October 24, 2007 is vacated.

        2. Within thirty days from the date of this order, plaintiff shall file dispositional documents as to all remaining defendants except for defendant El Dorado County.

        3. As to any defendants not dismissed within thirty days, the motion to sever is granted. At that time, the Clerk of the Court is directed to:

            a. Open separate civil actions for each of the remaining defendants;

/////

1

      b. Assign each action to the district judge and magistrate judge to whom the instant case is assigned and make appropriate adjustment in the assignment of civil cases to compensate for such assignment;

      c. File and docket a copy of this order in each of the files opened for the defendants indicated in number 3a above;

      d. Place a copy of the amended complaint filed July 13, 2007 in each of the files opened for the defendants identified by number 3a above;

      e. Strike from the caption of the amended complaint all defendants' names except the name of the individual defendant proceeding in the action;

      f. Send plaintiff an endorsed copy of the amended complaint bearing the amended caption and the case number assigned to each individual action; and

      g. Any action against defendant Calaveras County shall be transferred to the Eastern District of California, Fresno Division; any action against defendant Mendocino County or defendant San Mateo County shall be transferred to the Northern District of California.

DATED: October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

006
louie.sev