MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 083387)
By: Rebecca M. Archer, Deputy (SBN 202743)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4686
Facsimile:  (650) 363-4034
E-mail:  rmarcher@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE<br><br>            Plaintiffs,<br><br>     vs.<br><br>CALIFORNIA JUDICIAL COUNCIL ET AL.,<br><br>            Defendants. | Case No. 2:07-CV-00878-WBS-KJM<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION AS TO COUNTY OF SAN MATEO** |

   IT IS HEREBY STIPULATED between plaintiff, George S. Louie, appearing in pro per, and defendant COUNTY OF SAN MATEO, through its attorney of record, that:

   1.   Plaintiff, George S. Louie, and defendant, COUNTY OF SAN MATEO, have reached a settlement of this dispute.

   2.   Under the terms of the settlement between the parties, this action will be dismissed with prejudice as to defendant COUNTY OF SAN MATEO.

   3.   Each side will bear its own costs and attorneys fees.

///
///
///
///
///

4. The Court may enter an order of dismissal accordingly.

Dated: 10/22/07                              MICHAEL P. MURPHY, County Counsel

/s/
REBECCA M. ARCHER, Deputy
Attorneys for Defendant County of San Mateo

Dated: 10/22/07                              /s/
GEORGE S. LOUIE, Pro per

**ORDER**

Based upon the stipulation filed herewith, the above captioned action is dismissed with prejudice as to the COUNTY OF SAN MATEO

IT IS SO ORDERED.

Date: October 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

L:\LITIGATE\L_CASES\Louie\Pleadings\Stipulated Dismissal.doc

Case No. 2:07-CV-00878-WBS-KJM            2
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION AS TO COUNTY OF SAN MATEO