Case 2:07-cv-00878-WBS-KJM    Document 43    Filed 10/16/2007    Page 1 of 1

1    GEORGE S. LOUIE, Pro Se
2    2810 Peachtree Street
      West Sacramento, CA 95691
      (916) 371-5687
3    (916) 372-3713

4    Plaintiff George S. Louie, Pro Se

**FILED**
NOV 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, <br>      Plaintiff, <br> v. <br> CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, EL DORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO, and all of the above mentioned COUNTIES, Individual and DOES 1-50, <br>      Defendants. | CASE NO: 07-CV-00878-WBS-KJM <br><br> **DISMISSAL OF LASSEN COUNTY AND ORDER** |

Pursuant to FRCP 41, plaintiff GEORGE S. LOUIE hereby dismisses with prejudice the County of Lassen from the above-captioned action. Each side will bear its own costs and attorney's fees.

Dated: 10/10/07

                                     GEORGE S. LOUIE

IT IS SO ORDERED:

Dated: 11/19/2007

                                     United States District Court
                                     Eastern District of California