GEORGE S. LOUIE, Pro Se
2810 Peachtree Street
West Sacramento, CA 95691
(916) 371-5687
(916) 372-8713

Plaintiff George S. Louie, Pro Se

**FILED**

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

     Plaintiff,

v.

CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, EL DORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO, and all of the above mentioned COUNTIES, Individual and DOES 1-50,

     Defendants.

CASE NO: 07-CV-00878-WBS-KJM

**DISMISSAL OF SOLANO COUNTY AND ORDER**

Pursuant to FRCP 41, plaintiff GEORGE S. LOUIE hereby dismisses with prejudice the County of Solano from the above-captioned action. Each side will bear its own costs and attorney's fees.

Dated: 16/10/07

_____
GEORGE S. LOUIE

IT IS SO ORDERED:

Dated: 11/19/2007

_____
United States District Court
Eastern District of California

Louie v. Solano, et al. (07-CV-00878-WBS-KJM)/Dismissal of County of Solano                          Page 1