Oct 22 07 09:10p George Louie 916-372-3713 p.2

Case 2:07-cv-00878-KJM   Document 52   Filed 11/20/07   Page 1 of 2
Case 2:07-cv-00878-WBS-KJM   Document 47   Filed 10/29/2007   Page 1 of 2

1 GEORGE S. LOUIE, Pro Per

2 2810 Peachtree Street
West Sacramento, CA 95691
3 Telephone: (916) 371-5687
Facsimile: (916) 372-3713
4
Plaintiff, George S. Louie, Pro Per
5

**FILED**

NOV 20 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, <br><br> VS. <br><br> CALIFORNIA JUDICIAL COUNCIL, <br><br> Defendants. | CASE NO.: 07-CV-00878-WBS-EJM <br><br> STIPULATION OF DISMISSAL AND (PROPOSED) ORDER DISMISSING ACTION AS TO COUNTY OF MENDOCINO |

IT IS HEREBY STIPULATED between plaintiff George S. Louie, appearing in pro per, and defendant COUNTY OF MENDOCINO, through its attorney of record, that:

1. Plaintiff George S. Louie, and defendant, COUNTY OF MENDOCINO, have reached a settlement of this dispute.

2. Under the terms of the settlement between the parties, this action will be dismissed with prejudice as to defendant COUNTY OF MENDOCINO.

Oct 22 07 09:10p    George Louie                             916-372-3713        p.3
Case 2:07-cv-00878-KJM   Document 52   Filed 11/20/07   Page 2 of 2
Case 2:07-cv-00878-WBS-KJM   Document 47   Filed 10/29/2007   Page 2 of 2

1   3.   Each side will bear its own costs and attorneys fees.

2   4.   The Court may enter an order of dismissal accordingly.

3   5.

4   Dated: October 23, 2007                JEANINE B. NADEL, County Counsel

5

6                                          DOUGLAS L. LOSAK, Deputy

7

8   Dated October 23, 2007

9                                          GEORGE S. LOUIE, Pro Per

10

11  IT IS SO ORDERED

12

13  Date 11/19/2007

14                                         United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28