1  WILLIAM E. ROBINSON, Bar No. 72404
   BEST BEST & KRIEGER LLP
2  400 Capitol Mall, Suite 1650
   Sacramento, California 95814
3  Telephone: (916) 325-4000
   Telecopier: (916) 325-4010
4
   Attorneys for Defendant
5  County of Alpine

**FILED**

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>     Plaintiff,<br><br>v.<br><br>CALIFORNIA JUDICIAL COUNCIL; SUPERIOR COURTS FOR COUNTIES OF ALPINE, CALAVERAS, EL DORADO, LASSEN, MENDOCINO, MODOC, PLACER, SAN MATEO, SOLANO, and all of the above mentioned COUNTIES, Individual and DOES 1-50,<br><br>     Defendants. | Case No. 07-CV-00878-WBS-KJM<br>Judge: Honorable William B. Shubb<br><br>REQUEST FOR DISMISSAL AND ORDER THEREON |

Oct 24 07 07:31p   George Louie   916-372-3713   p.2
Case 2:07-cv-00878-KJM   Document 53   Filed 11/21/07   Page 2 of 4
Case 2:07-cv-00878-WBS-KJM   Document 49   Filed 11/13/2007   Page 2 of 4

1     TO THE COURT AND ALL PARTIES:

2     Pursuant to a Settlement Agreement and Release between plaintiff George S. Louie and
3 defendant County of Alpine, the parties identified above hereby request that the above-entitled
4 action be dismissed with prejudice as to defendant County of Alpine.

6 Dated: October 23, 2007

                                                               GEORGE S. LOUIE, Plaintiff
                                                               Pro Per

10 Dated: October ___, 2007                  BEST BEST & KRIEGER LLP

12                                        By: /s/ William E. Robinson
13                                            WILLIAM E. ROBINSON
                                             Attorneys for Defendant
14                                              County of Alpine

16 IT IS SO ORDERED

18 Dated: 11/19, 2007                            _____
19                                              United States District Court Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CALIFORNIA 95814

SACRAMENTO\WROBINSON\46257.1         - 1 -

REQUEST FOR DISMISSAL AND ORDER THEREON

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Best Best & Krieger LLP, 400 Capitol Mall, Suite 1650, Sacramento, California 95814. On November 13, 2007, I served the following document(s):

**REQUEST FOR DISMISSAL AND ORDER THEREON**

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below (specify one):

   ☐ Deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   ☒ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California.

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an Individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By messenger service.** I caused to be served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service. A Declaration of Messenger is attached.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

SACRAMENTO\APETERS\46739.1

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Plaintiff In Pro Per:**

George S. Louie
2810 Peachtree Street
West Sacramento, CA  95691

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 13, 2007, at Sacramento, California.

_____
Andrea Peters

SACRAMENTO\APETERS\46739.1               - 2 -

PROOF OF SERVICE