IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

    Plaintiff,                    No. CIV S-07-0878 WBS KJM PS

    vs.

COUNTY OF EL DORADO,

    Defendant.                 <u>ORDER</u>

_____/

        This matter came on for status conference on April 9, 2008.  Plaintiff appeared in propria persona.  Franklin Gumpert appeared for defendant County of El Dorado.  Upon review of the status reports and upon hearing discussion of plaintiff and counsel, and good cause appearing, IT IS HEREBY ORDERED that:

        1.  The parties have consented to proceed before the magistrate judge for all purposes.  Consents on the form used by this court shall be filed no later than April 23, 2008.

        2.  Plaintiff shall disclose experts no later than May 9, 2008.

        3.  Defendant shall disclose experts no later than May 23, 2008.

        4.  The parties have waived disqualification of the undersigned sitting as settlement judge.  A settlement conference is set before the undersigned on May 28, 2008 at 10:00 a.m. in courtroom no. 26.

DATED: April 10, 2008.

006 louie.oas

U.S. MAGISTRATE JUDGE